# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD.,<br><br>    Plaintiff,<br><br>- against -<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20,<br><br>    Defendants. | Adv. Pro. No. 24-50221 (JTD) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within thirty (30) days after the date of service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within thirty-five (35) days.

    Address of Clerk:

        United States Bankruptcy Court for the District of Delaware
        824 Market Street, 3rd Floor
        Wilmington, Delaware 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

    Name and Address of Plaintiff's attorneys:

        **LANDIS RATH & COBB LLP**
        Adam G. Landis (No. 3407)
        Richard S. Cobb (No. 3157)

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

        Matthew B. McGuire (No. 4366)
        Howard W. Robertson IV (No. 6903)
        919 Market Street, Suite 1800
        Wilmington, Delaware 19801
        Telephone: (302) 467-4400
        Facsimile: (302) 467-4450
        E-mail: landis@lrclaw.com
                cobb@lrclaw.com
                mcguire@lrclaw.com
                robertson@lrclaw.com

        -and-

       **SULLIVAN & CROMWELL LLP**
        Stephanie G. Wheeler (admitted *pro hac vice*)
        Stephen Ehrenberg (admitted *pro hac vice*)
        Brian D. Glueckstein (admitted *pro hac vice*)
        Christopher J. Dunne (admitted *pro hac vice*)
        Jacob M. Croke (admitted *pro hac vice*)
        125 Broad Street
        New York, NY 10004
        Telephone: (212) 558-4000
        Facsimile: (212) 558-3588
        E-mail: wheelers@sullcrom.com
                ehrenbergs@sullcrom.com
                gluecksteinb@sullcrom.com
                dunnec@sullcrom.com
                crokej@sullcrom.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

       **Address:**  United States Bankruptcy Court         **Room:**
                     824 Market Street                            **5th Floor, Courtroom No. 5**
                     Wilmington, DE 19801

                                                               **Date and Time:**
                                                               **January 23, 2025 at 10:00 a.m. (ET)**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
  **Court for the District**

2

**of Delaware**

Dated: November 10, 2024 /s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD.,<br><br>    Plaintiff,<br><br>- against -<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20,<br><br>    Defendants. | Adv. Pro. No. 24-50221 (JTD) |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

      As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

      There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

      The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral."

      In mediation and early neutral evaluation, an experienced neutral has no power to impose

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0073309.}

a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**


Dated: November 10, 2024                 */s/ Una O'Boyle*
                                         Clerk of Court



## NOTARIAL ACKNOWLEDGEMENT

I, the undersigned, Notarial Services Attorney, do hereby certify that:

Mr. Natthawat Siriprasomsap of Tilleke & Gibbins International Ltd., whose name is shown in the last page of the attached affidavit of service, appeared before me, this 18th day of November 2024 in person and Mr. Natthawat Siriprasomsap duly signed the affidavit before me. I hereby assume no responsibility for the contents of the attached affidavit.

Given on the 18th day of November 2024, Bangkok, Thailand.

Signature _Piyawat Vitooraporn_

(Piyawat Vitooraporn)

Notarial Services Attorney

Date 18 / 11 / 2024

Reg.No./ทะเบียนเลขที่ 268 /2564

Commission Expires/ทะเบียนหมดอายุ

Date/วันที่ 13 July 2025

รุ่น 25



# หนังสือรับรอง
# CERTIFICATE

Reg. No. 268/2564



Reg.No./ทะเบียนเลขที่ 268/2564
Commission Expires/ทะเบียนหมดอายุ
/วันที่ 13 July 2025

หนังสือรับรองฉบับนี้ให้ไว้เพื่อแสดงว่า
This is to certify that

## นายปิยวัฒน์ วิทูราภรณ์
## Mr. Piyawat Vitooraporn

ใบอนุญาตให้เป็นทนายความเลขที่ 532/2559
an Attorney at Law, License No. 532/2559

ได้รับการขึ้นทะเบียนเป็นทนายความผู้ทำคำรับรองลายมือชื่อและเอกสาร
has been registered as a Notarial Services Attorney qualified to certify signatures and documents

ตามข้อบังคับสภาทนายความว่าด้วยการขึ้นทะเบียนทนายความผู้ทำคำรับรอง
ลายมือชื่อและเอกสาร พ.ศ. 2551
pursuant to the Regulation of the Lawyers Council on Registration of Notarial Services Attorneys B.E. 2551

หนังสือรับรองฉบับนี้มีผลถึงวันที่ 13 กรกฎาคม 2568
This Certificate is valid until July 13, 2025

ให้ไว้ ณ วันที่ 13 กรกฎาคม 2566
Given on July 13, 2023



นายชัยวัฒน์ บุญเกื้อ
ผู้อำนวยการ
Mr. Chaiwat Boonguar
Director

Signature _Piyawat Vitooraporn_
(Piyawat Vitooraporn)
Notarial Services Attorney
Date 18 / 11 / 2024

The Registry of Signature and Document Attestation, Lawyers Council of Thailand under the Royal Patronage
249 Phahonyothin Road, Anusawari Sub-district, Bangkhen, Bangkok 10220 Thailand Tel. (662)522 7124-7, (662)522 7143-7
www.lawyerscouncil.or.th, E-mail : notarial@lawyerscouncil.or.th

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD.,<br><br>Plaintiff,<br><br>- against -<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES,<br><br>Defendants. | Adv. Pro. No. 24-50221 (JTD) |

**AFFIDAVIT OF SERVICE**

I, Natthawat Siriprasomsap, an associate of Tilleke & Gibbins in Thailand, swear under oath that on the 11th day of November 2024, at approximately 2:10 p.m. ICT, I personally served copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT FOR TURNOVER OF ASSETS PURSUANT TO 11 U.S.C. § 542, VIOLATION OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362, CONVERSION AND FRAUD on Aleksandr "Sasha" Ivanov, by delivering the documents to Mr. Ivanov at The Great Room Park Silom, Level 29, 1 Convent Road, Silom, Bangrak, Bangkok, Thailand 10500 (the "Great Room").

Mr. Ivanov was scheduled to speak on a panel at the Supermoon Camp conference, which was being hosted at the Great Room, at 3:00 p.m. ICT. In advance of Mr. Ivanov's panel, I travelled to the Great Room. I delivered a copy of the summons and complaint to Mr. Ivanov

personally. Specifically, at approximately 2:10pm, I identified Mr. Ivanov in the lobby of the Great Room by his appearance as a white male in his 40s with short hair. I began to film Mr. Ivanov with my cell phone. I approached Mr. Ivanov and asked, "are you Sasha Ivanov." He responded that he was. I asked Mr. Ivanov if I could speak with him privately, to which he agreed. I then informed Mr. Ivanov that he was being served with a lawsuit that was filed against him in the United States Bankruptcy Court for the District of Delaware. He informed me that he had heard about the lawsuit. I then handed the complaint and summons in a manila folder to Mr. Ivanov. Mr. Ivanov asked if he should take the documents. I responded that it was up to him and that I was just instructed to deliver him the documents. He asked me what would happen if he did not accept the documents. I responded that I did not know and that it was up to him to decide to accept it or not. I told him that I believed that there would be instructions on the folder telling him what to do in the event he accepted the documents. He said "okay, sure," and accepted the folder. Shortly thereafter, I stopped the recording on my cell phone and left the Great Room.

Sworn at _____Bangkok_____    Deponent: _____

In the Kingdom of Thailand                    (Mr. Natthawat Siriprasomsap)

On the 18th Day of November 2024         Before Me: _____

                                                                    (Mr. Piyawat Vitooraporn)
                                                                    Notarial Services Attorney