# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD.,<br><br>    Plaintiff,<br><br>- against -<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20,<br><br>    Defendants. | Adv. Pro. No. 24-50221(JTD) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Sagar K. Ravi of McDermott Will & Emery LLP, The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531, to represent defendant, Aleksandr "Sasha" Ivanov, in this adversary proceeding.

Dated:  December 30, 2024

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
MCDERMOTT WILL & EMERY LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Email: dhurst@mwe.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**<u>CERTIFICATION BY COUNSEL TO BE ADMITTED <i>PRO HAC VICE</i></u>**

  Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars for the District of Columbia and the State of New York, and the United States District Courts for the Eastern and Southern Districts of New York, and the United States Court of Appeals for the Second Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this adversary proceeding. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

| | |
|---|---|
| Dated: December 30, 2024 | */s/ Sagar K. Ravi* |
| | Sagar K. Ravi |
| | MCDERMOTT WILL & EMERY LLP |
| | The McDermott Building |
| | 500 North Capitol Street, NW |
| | Washington, DC 20001-1531 |
| | Telephone: (202) 756-8043 |
| | Email: sravi@mwe.com |