## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD., | |
| Plaintiff, | |
| - against - | Adv. Pro. No. 24-50221 (JTD) |
| ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20, | |
| Defendants. | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of McDermott Will & Emery LLP hereby enters its appearance in the above-captioned adversary proceeding as counsel to Aleksandr "Sasha" Ivanov ("Mr. Ivanov") and demands, pursuant to Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, that all notices given in the above-captioned adversary proceeding and all papers served or required to be served in the above-captioned adversary proceeding be given to and served upon the undersigned counsel at the addresses set forth below:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**MCDERMOTT WILL & EMERY LLP**

David R. Hurst (ID No. 3743)  
The Brandywine Building  
1000 N. West Street, Suite 1400  
Wilmington, Delaware 19801  
Telephone: (302) 485-3900  
E-mail: dhurst@mwe.com

Joseph B. Evans (admitted *pro hac vice*)  
Darren Azman (admitted *pro hac vice*)  
One Vanderbilt Avenue  
New York, NY 10017-3852  
Telephone: (212) 547-5400  
Facsimile: (212) 547-5444  
E-mail: jbevans@mwe.com  
　　　　dazman@mwe.com

- and -

Sagar K. Ravi (admission *pro hac vice* pending)  
The McDermott Building  
500 North Capital Street, NW  
Washington, DC 20001  
Telephone: (202) 756-8043  
E-mail: sravi@mwe.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of Mr. Ivanov to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Mr. Ivanov's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Mr. Ivanov's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) Mr. Ivanov's right to

have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Mr. Ivanov is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Mr. Ivanov expressly reserves.

Dated:  December 30, 2024
       Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (ID No. 3743)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
E-mail: dhurst@mwe.com

- and -

Joseph B. Evans (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: jbevans@mwe.com
       dazman@mwe.com

- and -

Sagar K. Ravi (*pro hac vice* forthcoming)
The McDermott Building
500 North Capital Street, NW
Washington, DC 20001
Telephone: (202) 756-8043
E-mail: sravi@mwe.com

*Counsel for Defendant Aleksandr "Sasha" Ivanov*