# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD.,<br><br>                          Plaintiff,<br><br>                 - against -<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20,<br><br>                       Defendants. | Adv. Pro. No. 24-50221 (JTD) |

## AFFIDAVIT OF SERVICE

I, David R. Hurst, depose and say that, on January 24, 2025, I caused one copy of (i) *Defendant Aleksandr "Sasha" Ivanov's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim*; (ii) *Declaration of Defendant Aleksandr "Sasha" Ivanov in Support of His Motion to Dismiss*; (iii) *Declaration of Sagar K. Ravi in Support of Defendant Aleksandr "Sasha" Ivanov's Motion to Dismiss*; and (iv) *Declaration of Campbell Herbert in Support of*

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases (the "Debtors"), a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*Defendant Aleksandr "Sasha" Ivanov's Motion to Dismiss* to be served upon (i) all parties of record via CM/ECF; and (ii) parties listed below via electronic mail, unless otherwise indicated.

Dated: January 27, 2025                                    */s/ David R. Hurst*
                                                                             David R. Hurst (I.D. No. 3743)

| **LANDIS RATH & COBB LLP** | **SULLIVAN & CROMWELL LLP** |
|---|---|
| Adam G. Landis (I.D. No. 3407) | Stephanie G. Wheeler (admitted *pro hac vice*) |
| Matthew B. McGuire (I.D. No. 4366) | Stephen Ehrenberg (admitted *pro hac vice*) |
| Kimberly A. Brown (I.D. No. 5138) | Brian D. Glueckstein (admitted *pro hac vice*) |
| Matthew R. Pierce (I.D. No. 5946) | Christopher J. Dunne (admitted *pro hac vice*) |
| 919 Market Street, Suite 1800 | Jacob M. Croke (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 125 Broad Street |
| Telephone: (302) 467-4400 | New York, NY 10004 |
| Facsimile: (302) 467-4450 | Telephone: (212) 558-4000 |
| E-mail: landis@lrclaw.com | Facsimile: (212) 558-3588 |
|       mcguire@lrclaw.com | E-mail: wheelers@sullcrom.com |
|       brown@lrclaw.com |       ehrenbergs@sullcrom.com |
|       pierce@lrclaw.com |       gluecksteinb@sullcrom.com |
| |       dunnec@sullcrom.com |
| |       crokej@sullcrom.com |