# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD.,<br><br>　　　　　　　　　Plaintiff,<br><br>　- against –<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 24-50221 (JTD) |

## **AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 17, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on McDermott Will & Emery LLP, Attn: David R. Hurst, Joseph B. Evans, Darren Azman, Sagar K. Ravi, dhurst@mwe.com, jbevans@mwe.com, dazman@mwe.com, sravi@mwe.com:

- Plaintiff's Opposition to Defendant Aleksandr "Sasha" Ivanov's Motion to Stay Discovery Pending Motion to Dismiss [Docket No. 10]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: January 22, 2025

*/s/ Nelson Crespin*  
Nelson Crespin

State of New York  
County of New York

Subscribed and sworn (or affirmed) to me on January 22, 2025, by Nelson Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*  
Notary Public, State of New York  
No. 01BI6339574  
Qualified in New York County  
Commission Expires April 4, 2028