# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>    Plaintiff,<br><br>- against -<br><br>MEK GLOBAL LIMITED, PEKEN GLOBAL LIMITED, PHOENIXFIN PTE. LTD., AND FLASHDOT LIMITED,<br><br>    Defendants. | Adv. Pro. No. 24-50181 (JTD) |
| FTX RECOVERY TRUST,<br><br>    Plaintiff,<br><br>- against -<br><br>GATE TECHNOLOGY INCORPORATED, GATE GLOBAL, CORP., GATE INFORMATION PTE. LTD., and SUN YUNZHI,<br><br>    Defendants. | Adv. Pro. No. 24-50184 (JTD) |

---

[1] The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0080310.2}    23

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>-against-<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>      Defendants. | Adv. Pro. No. 24-50188 (JTD) |
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>- against -<br><br>FARMINGTON STATE CORPORATION (f/k/a FARMINGTON STATE BANK, d/b/a GENIOME BANK, d/b/a MOONSTONE BANK), FBH CORPORATION, and JEAN CHALOPIN,<br><br>      Defendant. | Adv. Pro. 24-50197 (JTD) |
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>- against -<br><br>PROSPERITY ALLIANCE, INC.,<br><br>      Defendant. | Adv. Pro. No. 24-50201 (JTD) |

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>    - against -<br><br>MATTHEW NASS, MATTHEW PLACE, JOSHUA LEYTON, JOHN CONBERE, and LUIS SCOTT-VARGAS,<br><br>      Defendants. | Adv. Pro. No. 24-50210 (JTD) |
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>    - against -<br><br>SPARTZ PHILANTHROPIES, dba RETHINK CHARITY and NONLINEAR,<br><br>      Defendant. | Adv. Pro. No. 24-50213 (JTD) |
| FTX RECOVERY TRUST,<br>      Plaintiff,<br><br>    -against-<br><br>NEIL PATEL, I'M KIND OF A BIG DEAL, LLC, and NEIL PATEL DIGITAL, LLC,<br><br>      Defendant. | Adv. Pro. No. 24-50216 (JTD) |

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>   - against -<br><br>HUOBI GLOBAL LTD., HTX LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., HBIT LTD., ORANGE ANTHEM LTD., and POLO DIGITAL ASSETS, LTD.,<br><br>      Defendants. | Adv. Pro. No. 24-50219 (JTD) |
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>   - against -<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20,<br>      Defendants. | Adv. Pro. No. 24-50221 (JTD) |
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>   - against -<br><br>SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP HOLDINGS LLC, DIGITAL MACRO FUND LP f/k/a SKYBRIDGE COIN FUND LP, SALT VENTURE GROUP LLC, ANTHONY SCARAMUCCI, and BRETT MESSING,<br><br>      Defendants. | Adv. Pro. No. 24-50209 (JTD) |

| |  |
|---|---|
| FTX RECOVERY TRUST,<br><br>                          Plaintiff,<br><br>- against -<br><br>NAWAAZ MOHAMMAD MEERUN.,<br><br>                          Defendant. | Adv. Pro. No. 24-50198 (JTD) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
MARCH 13, 2025 AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY
AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR,
COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING
TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY
PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY OBSERVE
THE HEARING REMOTELY BY REGISTERING IN ADVANCE AT THE LINK BELOW
NO LATER THAN MARCH 12, 2025 AT 4:00 P.M. (ET).**

**To attend this hearing remotely, please register using the eCourt Appearances tool on the Court's website at www.deb.uscourts.gov.**

## ADJOURNED MATTERS:

1. Debtors' Objection to Ross Rheingans-Yoo's Claim No. 5166 [D.I. 3409, filed on October 30, 2023]

    Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

2. Debtors' Objection to Proof of Claim Filed by SC30, Inc. [D.I. 19971, filed on July 10, 2024]

    Status: This matter is adjourned to a date to be determined.

3. Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693) [D.I. 29773, filed February 27, 2025]

    Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS**:

4. Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research v MEK Global*, Adv. No. 24-50181 (JTD) – Adv. D.I. 3, filed on December 27, 2024]

   Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

5. Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. v. Gate Technology Incorporated et al.*, Adv. No. 24-50184 (JTD) – Adv. D.I. 3, filed on December 13, 2024]

   Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

6. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

   Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

7. Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*Clifton Bay Investments LLC fka Alameda Research v. Farmington State Corporation*, Adv. No. 24-50197]

   Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

8. Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Prosperity Alliance, Inc.*, Adv. No. 24-50201 – Adv. D.I. 3, filed on November 26, 2024]

   Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

9. Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Spartz Philanthropies*, Adv. No. 24-50213 – Adv. D.I. 3, filed on November 26, 2024]

   Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

10. Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Huobi Global Ltd. et al.*, Adv. No. 24-50219 – Adv. D.I. 3, filed on December 13, 2024]

    Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

**RESOLVED MATTERS – ADVERSARY PROCEEDINGS:**

11. Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*Alameda Research Ltd. et al v. Neil Patel et al.* – Adv. No. 24-50216]

    Status: This matter is resolved.

12. Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*West Realm Shires, Inc. v. Matthew Nass et al.*, Adv. No. 24-50210 – Adv. D.I. 3, filed on November 14, 2024]

    Status: This matter is resolved.

**MATTERS GOING FORWARD – ADVERSARY PROCEEDINGS:**

13. Defendant Aleksandr "Sasha" Ivanov's Motion to Stay Discovery Pending Motion to Dismiss [*Alameda Research Ltd. v. Ivanov et al.*, Adv. No. 24-50221 (JTD) Adv. D.I. 8, filed on January 7, 2025]

    Response Deadline: January 21, 2025

    Responses Received:

    A. Plaintiff's Opposition to Defendant Aleksandr "Sasha" Ivanov's Motion to Stay Discovery Pending Motion to Dismiss [Adv. D.I. 10, filed on January 16, 2025]

    Related Documents:

    A. Defendant Aleksandr "Sasha" Ivanov's Reply in Further Support of His Motion to Stay Discovery Pending Motion to Dismiss [Adv. D.I. 11, filed on January 20, 2025]

    Status: This matter is going forward.

14. Skybridge Defendants' Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [*FTX Recovery Trust v. SkyBridge Capital II, LLC et al.*, Adv. No. 24-50209 (JTD) Adv. D.I. 26, filed on January 26, 2025]

    Response Deadline: February 10, 2025

    Responses Received:

    A. Plaintiffs' Opposition to Defendants' Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 33, filed on February 10, 2025]

Related Documents:

    A.  Letter to The Honorable John T. Dorsey regarding Defendants' Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 32, filed on January 29, 2025]

    B.  Defendants' Reply in Support of Their Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 38, filed on February 18, 2025]

    C.  Request for Oral Argument Regarding Defendants' Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 41, filed on February 21, 2025]

    D.  Notice of Completion of Briefing Regarding Defendants' Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 42, filed on February 21, 2025]

    E.  Plaintiff's Request for Oral Argument [Adv. D.I. 46, filed on February 25, 2025]

Status: This matter is going forward.

15.  Defendant Mohammad Nawaaz Meerun's Motion to Stay Discovery Pending a Ruling on Defendant Mohammad Nawaaz Meerun's Motion to Compel [*FTX Recovery Trust v. Mohammad Nawaaz Meerun*, Adv. No. 24-50198 (JTD) Adv. D.I. 15, filed on February 18, 2025]

Response Deadline: March 4, 2025

Responses Received:

    A.  Plaintiff's Opposition to Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Compel Arbitration [Adv. D.I. 26, filed on March 4, 2025]

Related Documents:

    A.  Reply in Further Support of Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Compel Arbitration [Adv. D.I. 27, filed on March 11, 2025]

    B.  Declaration of Heath D. Rosenblatt in Support of Mohammad Nawaaz Meerun's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Compel Arbitration [Adv. D.I. 28, filed on March 11, 2025]

Status: This matter is going forward.

**FEE APPLICATIONS**:

16.    Interim Fee Applications. *See* **Exhibit A** attached hereto.

    Response Deadline: January 6, 2025 at 4:00 p.m. (ET)

    Status: The FTX Recovery Trust intends to submit a proposed order under certification of counsel in accordance with the Court's procedures. Accordingly, a hearing on this matter is not required unless the Court has any questions.

| | |
|---|---|
| Dated: March 11, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christian P. Jensen (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>          bromleyj@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          jensenc@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust* |