# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                Plaintiff,<br><br>-against-<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20,<br><br>                Defendants. | Adv. Pro. No. 24-50221 (KBO)<br><br>Ref. Nos. 26 & 29 |

**ORDER GRANTING MOTION OF PLAINTIFF TO EXCEED PAGE LIMIT WITH RESPECT TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT ALEKSANDR "SASHA" IVANOV'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**

Upon the *Motion of Plaintiff to Exceed Page Limit with Respect to Plaintiff's Memorandum of Law in Opposition to Defendant Aleksandr "Sasha" Ivanov's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim* (the "Motion"); and for good cause appearing,

IT IS HEREBY ORDERED that:

    1.    The Motion is GRANTED.

    2.    Plaintiff is permitted to file the *Memorandum of Law in Opposition to Defendant Aleksandr "Sasha" Ivanov's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim* up to 35 pages.

3.  This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 25th, 2025
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

-2-