IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | Adv. Pro. No. 24-50221 (KBO) |
| ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20, | **Related to Adv. Docket Nos. 1, 8, 9, 10, 11, 22** |
| Defendants. | |

### REQUEST OF DEFENDANT ALEKSANDR "SASHA" IVANOV FOR ORAL ARGUMENT ON DEFENDANT ALEKSANDR "SASHA" IVANOV'S MOTION TO STAY DISCOVERY PENDING MOTION TO DISMISS

Pursuant to Rule 7007-3 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Defendant Aleksandr "Sasha" Ivanov respectfully requests that the Court schedule oral argument in connection with *Defendant Aleksandr "Sasha" Ivanov's Motion to Stay Discovery Pending Motion to Dismiss* [Adv. Docket No. 8], and the pleadings filed in response thereto [Adv. Docket Nos. 10, 11].

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: April 1, 2025<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Joseph B. Evans (admitted *pro hac vice*)<br>Darren Azman (admitted *pro hac vice*)<br>Cris W. Ray<br>Daniel H. Kaltman<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: jbevans@mwe.com<br>          dazman@mwe.com<br>          cray@mwe.com<br>          dkaltman@mwe.com<br><br>- and -<br><br>Sagar K. Ravi (admitted *pro hac vice*)<br>The McDermott Building<br>500 North Capital Street, NW<br>Washington, DC 20001<br>Telephone: (202) 756-8043<br>E-mail: sravi@mwe.com<br><br>*Counsel for Defendant Aleksandr "Sasha" Ivanov* |