IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., AND JOHN DOES 1-20<br><br>                    Defendants. | Adv. Pro. No. 24-50221 (KBO) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on *Defendant Aleksandr "Sasha" Ivanov's Motion to Stay Discovery Pending Motion to Dismiss* [Adv. D.I. 8] has been scheduled for **June 9, 2025 at 10:00 a.m. (ET)** before the Honorable Chief Judge Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: April 14, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Howard W. Robertson, IV*<br>Adam G. Landis (No. 3407)<br>Richard S. Cobb (No. 3157)<br>Matthew B. McGuire (No. 4366)<br>Howard W. Robertson, IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail:  landis@lrclaw.com<br>            cobb@lrclaw.com<br>            mcguire@lrclaw.com<br>            robertson@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Stephen Ehrenberg (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Christopher J. Dunne (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: gluecksteinb@sullcrom.com<br>ehrenbergs@sullcrom.com<br>decampj@sullcrom.com<br>dunnec@sullcrom.com<br><br>*Counsel for Plaintiff* |