# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>    Plaintiff,<br><br>    - against –<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20,<br><br>    Defendants. | Adv. Pro. No. 24-50221 (KBO) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 15, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Adversary Proceeding 24-50221 Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Hearing [Docket No. 35]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: April 25, 2025

                                                                                           */s/ Amy Castillo*
                                                                                             Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 25, 2025, by Amy Castillo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

## Exhibit A
Adversary Proceeding 24-50221 Notice Parties Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| McDermott Will & Emery LLP | David R. Hurst | dhurst@mwe.com |
| McDermott Will & Emery LLP | Joseph B. Evans, Darren Azman | jbevans@mwe.com dazman@mwe.com |
| McDermott Will & Emery LLP | Sagar K. Ravi | sravi@mwe.com |