IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| FTX RECOVERY TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | Adv. Proc. No. 24-50221 (KBO) |
| | ) | |
| ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20, | ) | **Related to Docket No. 8** |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING IN PART DEFENDANT ALEKSANDR "SASHA" IVANOV'S MOTION TO STAY DISCOVERY PENDING MOTION TO DISMISS**

For the reasons set forth in the accompanying Letter, it is hereby ordered that:

1. *Defendant Aleksandr "Sasha" Ivanov's Motion to Stay Discovery Pending Motion to Dismiss* [D.I. 8] is granted as set forth herein.

2. The discovery deadlines set forth in paragraph 4 of the *First Amended Case Management Plan and Scheduling Order* [D.I. 22] are hereby stayed until further order of this Court.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

2

      3.      Notwithstanding, discovery is permitted on any personal jurisdiction issues as necessary and appropriate.

Dated: June 2, 2025  
Wilmington, Delaware

                                Karen B. Owens  
                                Chief Judges