## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                             Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                             Plaintiff,<br><br>                - against -<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20,<br><br>                            Defendants. | Adv. Pro. No. 24-50221 (KBO) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that, on July 24, 2025, Defendant Aleksandr "Sasha" Ivanov, by and through his undersigned counsel, caused a copy of *Aleksandr "Sasha" Ivanov's Responses and Objections to Plaintiff's First Set of Requests for Production of Documents to Defendant Ivanov (Jurisdictional Discovery)* to be served upon the following counsel to Plaintiff FTX Recovery Trust, via electronic mail:

| | |
|---|---|
| **LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Richard S. Cobb<br>Howard W. Robertson, IV<br>Matthew B. McGuire<br>E-mail: landis@lrclaw.com<br>         cobb@lrclaw.com<br>         robertson@lrclaw.com<br>         mcguire@lrclaw.com | **SULLIVAN & CROMWELL LLP**<br>Stephen Ehrenberg<br>Brian D. Glueckstein<br>Christopher J. Dunne<br>Justin J. DeCamp<br>E-mail: ehrenbergs@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         dunnec@sullcrom.com<br>         decampj@sullcrom.com |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: July 28, 2025<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>E-mail: dhurst@mwe.com<br><br>- and -<br><br>Joseph B. Evans (admitted *pro hac vice*)<br>Darren Azman (admitted *pro hac vice*)<br>Cris W. Ray<br>Daniel H. Kaltman<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: jbevans@mwe.com<br>　　　　dazman@mwe.com<br>　　　　cray@mwe.com<br>　　　　dkaltman@mwe.com<br><br>- and -<br><br>Sagar K. Ravi (admitted *pro hac vice*)<br>The McDermott Building<br>500 North Capital Street, NW<br>Washington, DC 20001<br>Telephone: (202) 756-8043<br>E-mail: sravi@mwe.com<br><br>*Counsel for Defendant Aleksandr "Sasha" Ivanov* |