**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>　　　　　　　Plaintiff,<br><br>　- against -<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 24-50221 (KBO) |

## NOTICE OF CHANGE OF LAW FIRM NAME

**PLEASE TAKE NOTICE** that, on August 1, 2025, the law firm of McDermott Will & Emery LLP, attorneys for Defendant Aleksandr "Sasha" Ivanov, combined with Schulte Roth & Zabel LLP to form MCDERMOTT WILL & SCHULTE LLP. All other contact information will remain the same.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 11, 2025
       Wilmington, Delaware

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
E-mail: dhurst@mwe.com

– and –

Joseph B. Evans (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
E-mail: jbevans@mwe.com
       dazman@mwe.com

– and –

Sagar K. Ravi (admitted *pro hac vice*)
The McDermott Building
500 North Capital Street, NW
Washington, DC 20001
Telephone: (202) 756-8043
E-mail: sravi@mwe.com

*Counsel for Defendant Aleksandr "Sasha" Ivanov*