# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>    Plaintiff,<br><br>-against-<br><br>ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD. and JOHN DOES 1-20,<br><br>    Defendants. | Adv. Pro. No. 24-50221 (KBO) |

## NOTICE OF DEPOSITION

       PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, Plaintiff FTX Recovery Trust, by its undersigned attorneys, will take the deposition by oral examination of Aleksandr "Sasha" Ivanov.

       The deposition will commence at 9:00 A.M. on October 15, 2025, at the offices of Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, or at such other place and/or date and time to be agreed. The deposition will proceed before an officer authorized by law to administer oaths, will be recorded by audio, video, and/or stenographic means, and will continue from day to day until completed.

|  |  |
|---|---|
| Dated: August 14, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Richard S. Cobb (No. 3157)<br>Matthew B. McGuire (No. 4366)<br>Howard W. Robertson IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>            cobb@lrclaw.com<br>            mcguire@lrclaw.com<br>            robertson@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Stephanie G. Wheeler (admitted *pro hac vice*)<br>Stephen Ehrenberg (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christopher J. Dunne (admitted *pro hac vice*)<br>Jacob M. Croke (admitted *pro hac vice*)<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: wheelers@sullcrom.com<br>            ehrenbergs@sullcrom.com<br>            gluecksteinb@sullcrom.com<br>            dunnec@sullcrom.com<br>            crokej@sullcrom.com<br><br>*Counsel for Plaintiff* |