# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against – | Adv. Pro. No. 24-50221 (KBO) |
| ALEKSANDR "SASHA" IVANOV, NUMERIS LTD., DLTECH LTD., and JOHN DOES 1-20, | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 24, 2025, a true and correct copy of *Plaintiff's Responses and Objections to Defendant's Second Set of Requests for Production (Jurisdictional Discovery)* was caused to be served upon the following counsel via Electronic Mail and First-Class Mail.

David R. Hurst
**MCDERMOTT WILL & EMERY LLP**
The Brandywine Building 1000
N. West Street, Suite 1400
Wilmington, DE 19801
dhurst@mwe.com

Joseph B. Evans
Darren Azman
Daniel H. Kaltman
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
jbevans@mwe.com

Sagar K. Ravi
**MCDERMOTT WILL & EMERY LLP**
The McDermott Building
500 North Capital Street, NW
Washington, DC 20001
sravi@mwe.com

Craig Garvey
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street
Chicago, IL 60606-0029
cray@mwe.com

{1368.003-W0083950.}

dazman@mwe.com
dkaltman@mwe.com

| | |
|---|---|
| Dated: October 27, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Howard W. Robertson*<br>Howard W. Robertson (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: robertson@lrclaw.com<br><br>*Counsel for the Plaintiff* |